**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MELISSA A PEACOCK,

        Plaintiff,

v.                                              Case No: 6:20-cv-939-WWB-LRH

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.

## ORDER

THIS CAUSE is before the Court on the parties' Stipulation for Dismissal (Doc. 33), filed July 14, 2021. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on July 16, 2021.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record